# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1424

_____

Eugenio Sanchez Bernal,                 *
                                    *

          Petitioner,              *
                                    *  Petition for Review of an

          v.                     *  Order of the
                                    *  Board of Immigration Appeals.

Eric H. Holder, Jr., Attorney General   *
of the United States,               *  [UNPUBLISHED]
                                    *

          Respondent.            *

_____

Submitted: December 15, 2011
Filed: December 20, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

     Mexican citizen Eugenio Sanchez Bernal petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of his application for cancellation of removal. We conclude that substantial evidence supports the BIA's determination that Bernal did not meet his burden of demonstrating he was continuously physically present in the United States for ten years before he was served with a notice to appear. See Sanchez-Velasco v. Holder, 593 F.3d 733, 735-36 (8th Cir. 2010) (standards of review); Acevedo-Aguilar v. Mukasey, 517 F.3d 8, 10 (1st Cir. 2008) (holding substantial evidence supported denial of cancellation of removal where alien's testimony was inconsistent with other

evidence in record regarding relevant dates).  Accordingly, we deny the petition.  <u>See</u> 8th Cir. R. 47B.

_____